971 A.2d 1122

**David George LUSICK, Petitioner**

v.

**Lynne ABRAHAM, Lynn Herbert O'Connor, John Hunter Bennett, Ronald Eisenberg, Thomas Delgornous, Arnold Gordon, Elizabeth Varkis Jolies and City of Philadelphia, Respondents.**

**No. 22 EM 2009.**

Supreme Court of Pennsylvania.

May 6, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of May, 2009, the "Petition for Exercise of the Court's Kings Bench Powers" is **DENIED.**